# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Reymundo Monge Rodriguez, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:17-cv-00131 |
| | ) | 1:06-cr-00004 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2017 Order.

May 30, 2017

Frank G. Johns, Clerk
United States District Court